UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRUCE DION JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:06-cv-134-JDT-TAB |
| ) | |
| NURSE DENISE FOSTER, ) | |
| ) | |
| Defendant. ) | |

# E N T R Y

The plaintiff's request to be supplied with a copy of the docket sheet is **granted.** The **clerk** shall include a copy of the requested document with the plaintiff's copy of this Entry.

**IT IS SO ORDERED.**

Date: 04/06/2006

John Daniel Tinder, Judge
United States District Court

Distribution:

Bruce Dion Johnson
DOC #7179
100 Court Park
Logansport, IN   46947

Nurse Denise Foster
Howard County Jail
1800 W. Markland
Kokomo, IN   46901

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS OTHER THAN DOCKETING AND DISTRIBUTION.